**Dated: October 29, 2021**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re   Ericka Shanette Whitley | Case No. 21-21768 |
| Debtor(s). | Chapter 7 |

**ORDER DIRECTING DISMISSAL OF CASE UNLESS**
**FULL CASE FILING FEE IS PAID**

Previously the Court entered an order directing the Debtor to appear and show cause why this bankruptcy case should not be dismissed for failure to timely pay the full case filing fee. After notice and an opportunity for hearing, the Court finds that this case should be dismissed if the full case filing fee is not paid by a date certain; now therefore, the Debtor is directed to pay the full case filing fee on or before **November 24, 2021**. If the full case filing fee is not timely paid, this case shall be dismissed without further notice or hearing. If the fee is paid, the Bankruptcy Court Clerk is authorized to proceed with further administration of this case, including the entry of discharge if appropriate.

CO019