**Dated: December 22, 2021**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

In re:
**Ericka Shanette Whitley**

Case No. 21–21768
Chapter 7

Debtor(s)

## ORDER CLOSING CASE

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

poco014.jsp